**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WYNCOMM LLC, | § § | **Civil Action No. _____** |
| Plaintiff, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION, | § § § | |
| Defendants. | § | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Wyncomm LLC declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

DATED: April 12, 2013

Respectfully Submitted,

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff
Wyncomm LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 13, 2013, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                        */s/ Stamatios Stamoulis*
                                        Stamatios Stamoulis